# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 4, 2022

Lyle W. Cayce
Clerk

No. 21-50885
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Carol Johnene Morris,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:97-CR-10

Before Smith, Higginson, and Willett, *Circuit Judges*.

Per Curiam:*

Carol Morris filed a notice of appeal ("NOA") on September 13, 2021. We must examine the basis of our jurisdiction. *See Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000).

The NOA fails to designate the judgment or order that Morris wants

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

this court to review.  The NOA does not comply with Rule 3(c)(1)(B) of the Federal Rules of Appellate Procedure, which requires that the NOA identify the judgment or appealable order from which the appeal is taken.  *See* FED. R. APP. P. 3(c)(1)(B); *Smith v. Barry*, 502 U.S. 244, 248 (1992).

We do not have jurisdiction over Morris's appeal, which is therefore DISMISSED.  Morris's motion to proceed *in forma pauperis* on appeal is DENIED as moot.